# UNITED STATES DISTRICT COURT
## District of Minnesota

Edison Gustavo Chorlango Farinango

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-653 PAM/DJF

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition (Docket No. 1) is DENIED; and
2. This action is DISMISSED without prejudice.

Judgment is entered.

Date: 2/9/2026

KATE M. FOGARTY, CLERK